IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, | Civil Action No. 1:23-cv-01471 |
| Plaintiff, | |
| v. | |
| GLADSTONE PSYCHIATRY AND WELLNESS, LLC, | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly notify the Court that this matter has been amicably resolved and it is hereby stipulated that this matter be dismissed with prejudice and without costs.

Dated: August 2, 2023

Respectfully submitted,

/s/ Mary Vargas
Mary Vargas, Esq.
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Tel: (240) 793-3185
Fax: (888) 778-4620
mary.vargas@steinvargas.com

*Attorney for Plaintiff*

/s/ Joseph B. Wolf
Joseph B. Wolf (Federal Bar No. 27882)
Luchansky Law
606 Bosley Avenue
Suite 3B
Towson, MD 21204
joseph@luchanskylaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Stipulation of Settlement** was served on the following on this 2nd day of August, 2023, by the following method(s):

<u>Defendant</u>
Joseph Wolf
Luchansky Law
606 Bosley Avenue, Suite 3B
Towson, MD 21204
joseph@luchanskylaw.com

<u>/s/ Mary Vargas</u>
Mary Vargas, Esq.
